892 F.2d 1046
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
Kenneth D. OWSICHEK, Lorane Owsichek, individually and
dba/Fishing Unlimited, Inc., Plaintiffs-Appellants,
v.
Keith MCCARTNEY, individually and special agent of the U.S.
Fish & Wildlife Service, Department of the Interior, James
Hogue, individually and as special agent for the U.S. Fish
and Wildlife Service, Department of Interior, Walter Soroka,
individually and as special agent for the U.S. Fish and
Wildlife Service, Department of Interior, Larry Hood,
individually and as special agent for the U.S. Fish and
Wildlife Service, Department of Interior, John Does, I-XV,
agents and/or employees of USA and Department of Interior of
USA and/or U.S. Fish & Wildlife Service, National Park
Service, State of Alaska, Roger Contour, individually and as
former Director of the National Park Service, U.S.
Department of Interior for Alaska, Kathleen McQuire,
individually and as Assistant Attorney General for the State
of Alaska, et al., Defendants-Appellees.
 No. 88-3977.
 United States Court of Appeals, Ninth Circuit.
 Submitted Sept. 1, 1989.*
Decided Dec. 14, 1989.
 
 Before BROWNING, KOZINSKI and RYMER, Circuit Judges.
 
 
 1
 MEMORANDUM**
 
 
 2
 Having provided plaintiffs considerable guidance and ample time to submit an adequate complaint, the district court did not abuse its discretion by dismissing with prejudice plaintiffs' amended complaint for failure to comply with Fed.R.Civ.P. 8(a), (e)(1). See Nevijel v. North Coast Life Ins. Co., 651 F.2d 671, 674 (9th Cir.1981). Plaintiffs' motions for oral argument, for enlargement of time to designate the record and to augment the record are denied; no FRAP 46(c) sanctions will be imposed.
 
 
 3
 AFFIRMED.
 
 
 
 *
 The panel unanimously finds this case suitable for decision without oral argument. Fed.R.App.P. 34(a); 9th Cir.R. 34-4
 
 
 **
 This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir.R. 36-3